UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LINDSEY EUBANKS, #152988,<br>            Plaintiff,<br><br>-v-<br><br>CORIZON, INC.,<br>            Defendant. | No. 1:16-cv-1461<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 14, 2018                           /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge